# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carnes, Julie E. | Northern Division, Georgia | 05/1/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2167 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ▓▓▓▓ - lawyer - self-employed; partner in law firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union | A | Interest | M | T | | | | | |
| 2. Regions Bank | A | Interest | | T | Closed | 01/06/11 | M | A | |
| 3. SunTrust Bank | B | Interest | N | T | | | | | |
| 4. SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 6. ING | D | Interest | M | T | | | | | |
| 7. Columbia Co. GA Wtr & Swr Rev Due 06/01/2015 | D | Interest | | T | Redeemed | 12/01/11 | L | A | |
| 8. Municipal Elec Auth GA Due 11/01/2013 | D | Interest | M | T | | | | | |
| 9. Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 10. Municap Elec Auth GA Maty: 01/01/2012 | D | Interest | M | T | | | | | |
| 11. Georgia ST HSG & FIN AU Maty: 06/01/2012 | C | Interest | M | T | | | | | |
| 12. Fayette Co. GA Sch DT Maty: 03/01/2013 (corr. from 9/1/10) | B | Interest | L | T | | | | | |
| 13. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | B | Interest | L | T | | | | | |
| 14. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 15. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 16. GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due6/1/16 | B | Interest | L | T | | | | | |
| 17. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 19. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 20. Schwab Money Market Fund (a/k/a Schwab One Money Market) | C | Interest | N | T | | | | | |
| 21. American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 22. American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 23. American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 24. American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 25. American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 26. American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 27. American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 28. Value Line Premier Growth Fund (VALSX) | A | Dividend | K | T | | | | | |
| 29. Bestbank | A | Interest | M | T | | | | | |
| 30. Merrill Lynch Bank | B | Interest | N | T | | | | | |
| 31. American US Govt. Securities FD CL A | | | | T | Sold (part) | 01/11/11 | M | A | |
| 32. | D | Interest | | T | Sold | 08/11/11 | M | A | |
| 33. BB&T Bank | A | Interest | M | T | | | | | |
| 34. Phoenix AZ Ser A Maty: 7/01/21 | C | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 36. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 37. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 38. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 39. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 40. ML US Treasury Money Fund | A | Interest | J | T | | | | | |
| 41. Georgia B & T NA | A | Interest | | T | Redeemed | 02/18/11 | L | A | |
| 42. Capmark Bank NA | A | Interest | | T | Redeemed | 02/25/11 | L | A | |
| 43. Sallie Mae Bank | A | Interest | | T | Redeemed | 02/25/11 | L | A | |
| 44. Discover Bank NA | C | Interest | L | T | | | | | |
| 45. U.S. Trsy Inflation Note APR 15 2011 | A | Interest | | T | Redeemed | 04/15/11 | K | A | |
| 46. U.S. Trsy Inflation Note APR 15 2012 | A | Interest | K | T | | | | | |
| 47. The Endowment Registered Fund LP | A | Interest | O | T | | | | | |
| 48. First Eagle Overseas CL I | | | | | Buy | 01/12/11 | J | | |
| 49. | | | | | Buy | 05/09/11 | J | | |
| 50. | B | Dividend | L | T | Sold (part) | 08/09/11 | K | B | |
| 51. First Eagle Gold CL I | | | | | Buy | 01/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | B | Dividend | L | T | Buy | 05/09/11 | J | | |
| 53. Pimco Unconstrained Bond Fund CL P | B | Dividend | M | T | | | | | |
| 54. Pimco Unconstrained Bond Fund CL C | A | Dividend | K | T | | | | | |
| 55. Blackrock Global Allocation FD Inc INSTL | | | | | Buy | 01/12/11 | J | | |
| 56. | | | | | Buy | 05/09/11 | J | | |
| 57. | A | Dividend | L | T | Buy | 08/31/11 | J | | |
| 58. Eaton Vance Glbl Macro Absolute Return CL I | A | Dividend | | T | Sold | 06/03/11 | L | A | |
| 59. Goldman Sachs Absolute Return Tracker FD INSTL | A | Dividend | | T | Sold | 01/13/11 | L | A | |
| 60. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 61. Blackrock GNMA C | A | Dividend | K | T | | | | | |
| 62. Eaton Vance Strategic Income Fund CL C | A | Dividend | K | T | | | | | |
| 63. Lord Abbett Short Duration Income Fund C | A | Dividend | K | T | | | | | |
| 64. Alpine Ultra Short Tax Optimized Income Fund | A | Dividend | K | T | Sold (part) | 01/13/11 | K | A | |
| 65. Cohen & Steers Global Realty Shares, Inc. CL I | | | | | Buy | 01/12/11 | J | | |
| 66. | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 67. Thornburg Limited Term Municipal Fund CL I | C | Dividend | L | T | | | | | |
| 68. Blackrock Eqty Dividend Fund Instl | A | Dividend | J | T | Buy | 01/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. CGM Advisor Targeted Equity FD CL Y | | | | | Buy | 01/12/11 | J | | |
| 70. | | | | | Buy | 05/09/11 | J | | |
| 71. | A | Dividend | | T | Sold | 06/07/11 | J | A | |
| 72. Fairholme Fund | | | | | Buy | 01/13/11 | J | | |
| 73. | | | | | Buy | 05/09/11 | J | | |
| 74. | | | | | Sold (part) | 05/10/11 | J | A | |
| 75. | | | | | Sold (part) | 05/11/11 | K | A | |
| 76. | | | | | Sold (part) | 06/07/11 | J | A | |
| 77. | A | Dividend | | T | Sold | 06/08/11 | J | A | |
| 78. Franklin Rising Dividends FD ADV CL | | | | | Buy | 01/12/11 | J | | |
| 79. | A | Dividend | L | T | Buy | 05/09/11 | J | | |
| 80. Eaton VNCE PRMTRC STRCTRD EMRGN MRKTS FD I | | | | | Buy | 01/03/11 | J | | |
| 81. | A | Dividend | | T | Sold | 03/11/11 | J | A | |
| 82. Franklin Income FD ADV Class | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 83. Hussman Strategic Total Return Fund CL Retail | | | | | Buy | 01/12/11 | J | | |
| 84. | A | Dividend | | T | Sold | 03/31/11 | J | A | |
| 85. Ishare Barlcys 20+ YR Treas Index Fund | | | | | Buy | 01/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | | T | Sold | 05/05/11 | J | A | |
| 87. Loomis Sayles Strategic Inc FD CL Y | | | | | Buy | 01/12/11 | J | | |
| 88. | | | | | Buy | 05/09/11 | J | | |
| 89. | C | Dividend | L | T | Buy | 06/07/11 | K | | |
| 90. Nuveen Tradewinds Global ALL CAP FD CL 1 | | | | | Buy | 01/12/11 | J | | |
| 91. | | | | | Buy | 05/09/11 | J | | |
| 92. | A | Dividend | | T | Sold | 08/09/11 | K | A | |
| 93. Pimco Emerging Markets FD CL P (fka Developing Local Markets | | | | | Buy | 01/12/11 | J | | |
| 94. | A | Dividend | K | T | Buy | 05/09/11 | J | | |
| 95. Pimco Total Return Fund CL P | | | | | Buy | 01/12/11 | J | | |
| 96. | | | | | Buy | 05/09/11 | J | | |
| 97. | A | Dividend | J | T | Buy | 08/17/11 | J | | |
| 98. Templeton GLBL Bond FD ADV CL | | | | | Buy | 01/12/11 | J | | |
| 99. | D | Dividend | M | T | Buy | 05/09/11 | J | | |
| 100. The Oakmark Fund | | | | | Buy | 01/12/11 | J | | |
| 101. | | | | | Buy | 05/09/11 | J | | |
| 102. | | | | | Sold (part) | 06/16/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | | T | Sold | 06/17/11 | K | A | |
| 104. Wisdomtree Global Equity Income Fund | A | Dividend | | T | Sold | 01/12/11 | J | A | |
| 105. Wisdomtree Emerging Mrkt Equity Income | | | | | Buy | 01/12/11 | J | | |
| 106. | | | | | Buy | 05/09/11 | J | | |
| 107. | A | Dividend | | T | Sold | 10/04/11 | J | A | |
| 108. SPDR S&P Dividend ETF (SDY) | A | Dividend | K | T | Buy | 10/17/11 | J | | |
| 109. SCHW INTL EQ ETF (SCHF) | A | Dividend | K | T | | | | | |
| 110. Parnassus Equity Income Fund Investor SH (PRBLX) | A | Dividend | K | T | | | | | |
| 111. Manning & Napier World Oppty A (EXWAX) | A | Dividend | K | T | | | | | |
| 112. Schwab S&P 500 Index FD (SWPPX) | A | Dividend | M | T | Buy | 03/09/11 | L | | |
| 113. Scout Intl FD (UMBWX) | A | Dividend | K | T | Buy | 01/31/11 | K | | |
| 114. Vanguard Growth (VUG) | | | | | Buy | 11/17/11 | J | | |
| 115. | A | Dividend | K | T | Buy | 11/21/11 | J | | |
| 116. Texas Transn Commn 4% 12 REV DUE 04/01/12 | A | Interest | K | T | | | | | |
| 117. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | A | Interest | K | T | | | | | |
| 118. SCH MUNI Money Fund | A | Interest | K | T | | | | | |
| 119. Chicago ILL Brd Ed 5% 16GO UTX DUE 12/01/16 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 121. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 122. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 123. New York NY 5% 15GO UTX DUE 11/01/15 | A | Interest | K | T | | | | | |
| 124. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | K | T | | | | | |
| 125. Plano TEX INDPT SCH 5% 13GO UTX DUE 02/15/13 | A | Interest | K | T | | | | | |
| 126. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 127. AMERICAN BEACON SMALL CAP VAL INV CL (AVPAX) | A | Dividend | K | T | Buy | 01/31/11 | K | | |
| 128. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 129. BARON SMALL CAP FUND (BSCFX) | A | Dividend | K | T | Buy | 01/31/11 | K | | |
| 130. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | | | | | Buy | 05/04/11 | K | | |
| 131. | | | | | Buy | 08/11/11 | J | | |
| 132. | A | Dividend | K | T | Buy | 10/10/11 | J | | |
| 133. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | A | Dividend | K | T | Buy | 01/31/11 | K | | |
| 134. CURRENCYSHARES JAPANESE YEN TRUST (FXY) | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 135. FEDERATED CLOVER SMALL VALUE FD CL A (VSFAX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 136. FRANKLIN GROWTH FUND ADV CL (FCGAX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HARBOR INTERNATIONAL FUND INV CL (HIINX) | | | | | Buy | 03/09/11 | K | | |
| 138. | A | Dividend | L | T | Buy | 05/04/11 | K | | |
| 139. ISHARES DJ SELECT DIV FD SELECT DIVIDEND INDEX FD (DVY) | | | | | Buy | 05/04/11 | K | | |
| 140. | A | Dividend | K | T | Buy | 07/29/11 | J | | |
| 141. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | A | Dividend | K | T | Buy | 05/04/11 | K | | |
| 142. ISHARES TR BARCLAYS FUND BARCLAYS AGGREGATE BOND FUND (AGG) | A | Dividend | L | T | Buy | 05/04/11 | L | | |
| 143. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | Buy | 06/30/11 | J | | |
| 144. ISHARES MSCI HK IDX FD HONG KONG INDEX FUND (EWH) | | | | | Buy | 06/30/11 | K | | |
| 145. | | | | | Sold (part) | 08/05/11 | J | A | |
| 146. | | | | | Buy | 10/11/11 | J | | |
| 147. | A | Dividend | J | T | Buy | 11/01/11 | J | | |
| 148. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | | | | | Buy | 06/30/11 | J | | |
| 149. | A | Dividend | J | T | Sold (part) | 10/05/11 | J | A | |
| 150. ISHARES TR BARCLAYS TIPSBOND FUND (TIP) | | | | | Buy | 06/30/11 | K | | |
| 151. | A | Dividend | K | T | Buy | 09/27/11 | J | | |
| 152. ISHARES RUSSELL 1000 VALRUSSELL 1000 VALUE INDEX FUND (IWD) | A | Dividend | L | T | Buy | 01/31/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. ISHARES TR RUSSELL 1000 RUSSELL 1000 GROWTH INDEX FUND (IWF) | A | Dividend | L | T | Buy | 01/31/11 | L | | |
| 154. JENSEN QUALITY GROWTH FD CL J (JENSX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 155. LKCM SMALL CAP EQUITY FUND INSTITUTIONAL CLASS (LKSCX) | | | | | Buy | 08/11/11 | J | | |
| 156. | A | Dividend | K | T | Buy | 10/10/11 | J | | |
| 157. MARSHALL SMALL CAP GROWTH FD CL Y (MRSCX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 158. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | A | Interest | K | T | Buy | 05/04/11 | K | | |
| 159. OAKMARK INTL FD CLASS 1 (OAKIX) | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 160. OPPENHEIMER DEVELOPING MKTS FD CL A (ODMAX) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 161. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | | | | | Buy | 03/09/11 | K | | |
| 162. | A | Dividend | L | T | Buy | 10/10/11 | J | | |
| 163. PIMCO EXCH TR FUND ENHANCED SHORT MAT. STRATEGY FD (MINT) | A | Dividend | J | T | Buy | 06/30/11 | J | | |
| 164. PIMCO EXCH TRADED FUND 15+ YR US TIPS INDEX FD (LTPZ) | | | | T | Buy | 06/30/11 | J | | |
| 165. | A | Dividend | J | T | Sold (part) | 10/05/11 | J | A | |
| 166. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | J | T | Buy | 06/30/11 | J | | |
| 167. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | J | T | Buy | 06/30/11 | J | | |
| 168. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | | | | | Buy | 06/30/11 | J | | |
| 169. | A | Dividend | | T | Sold | 09/13/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 170. SPDR GOLD TRUST SPDR GOLD SHARES (GLD) | | | | | Buy | 06/30/11 | K | | |
| 171. | A | Dividend | J | T | Sold (part) | 10/05/11 | J | A | |
| 172. VANGUARD INTL EQTY INDEX FTSE ALL WORLD EX US ETF (VEU) | | | | | Buy | 03/09/11 | J | | |
| 173. | A | Dividend | J | T | Buy | 10/17/11 | J | | |
| 174. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 175. VANGUARD REIT (VNQ) | | | | | Buy | 06/30/11 | K | | |
| 176. | | | | | Buy | 07/29/11 | K | | |
| 177. | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 178. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | J | T | Buy | 10/10/11 | J | | |
| 179. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | A | Dividend | K | T | Buy | 03/09/11 | K | | |
| 180. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | | | | | Buy | 06/30/11 | K | | |
| 181. | A | Dividend | K | T | Sold (part) | 10/05/11 | J | A | |
| 182. VANGUARD DIV APPRCIATION (VIG) | | | | | Buy | 06/30/11 | K | | |
| 183. | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 184. VANGUARD MSCI EAFE ETF (VEA) | | | | | Buy | 06/30/11 | J | | |
| 185. | A | Dividend | J | T | Buy | 10/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. VANGUARD MSCI EMERGING MARKETS ETF (VWO) | | | | | Buy | 06/30/11 | J | | |
| 187. | | | | | Buy | 10/05/11 | J | | |
| 188. | A | Dividend | J | T | Buy | 12/12/11 | J | | |
| 189. VANGUARD TOTAL STOCK MKT (VTI) | | | | | Buy | 06/30/11 | K | | |
| 190. | A | Dividend | K | T | Buy | 10/05/11 | J | | |
| 191. WISDOMTREE EMERGING ETF MKTS LOCAL DEBT FUND (ELD) | | | | | Buy | 08/11/11 | J | | |
| 192. | A | Dividend | | T | Sold | 09/27/11 | J | A | |
| 193. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | | | | | Buy | 06/30/11 | J | | |
| 194. | A | Dividend | J | T | Sold (part) | 09/27/11 | J | | |
| 195. WISDOMTREE TRUST BRAZILIAN REAL FUND (BZF) | | | | | Buy | 06/30/11 | J | | |
| 196. | A | Dividend | | T | Sold | 09/27/11 | J | A | |
| 197. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | A | Interest | K | T | Buy | 04/15/11 | K | | |
| 198. PRINCIPAL LIFE 5.10%14 NOTES DUE 04/15/14 | A | Interest | K | T | Buy | 04/15/11 | K | | |
| 199. VERIZON GLOBAL 4.9%15 BONDS DUE 09/15/15 CALLABLE | A | Interest | K | T | Buy | 04/15/11 | K | | |
| 200. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | A | Interest | K | T | Buy | 04/15/11 | K | | |
| 201. FED HM LN MTG 2.75%16NOTES DUE 04/18/16 | | | | | Buy | 04/15/11 | K | | |
| 202. | A | Interest | . | T | Sold | 10/18/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 203. CALIFORNIA ST ECONO 3%13EXIT DUE 07/01/13 | A | Interest | K | T | Buy | 02/02/11 | K | | |
| 204. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | Buy | 02/03/11 | K | | |
| 205. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | B | Interest | K | T | Buy | 02/02/11 | K | | |
| 206. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | Buy | 02/02/11 | K | | |
| 207. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | K | T | Buy | 01/24/11 | K | | |
| 208. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | K | T | Buy | 03/28/11 | K | | |
| 209. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF | | | | | Buy | 06/16/11 | M | | |
| 210. | | | | | Buy | 07/01/11 | J | | |
| 211. | | | | | Buy | 08/17/11 | J | | |
| 212. | | | | | Buy | 08/31/11 | J | | |
| 213. | A | Dividend | K | T | Sold (part) | 12/14/11 | L | A | |
| 214. BLACKROCK EQTY DIVIDEND FUND | | | | | Buy | 05/09/11 | J | | |
| 215. | | | | | Sold | 05/12/11 | J | A | |
| 216. | | | | | Buy | 06/03/11 | K | | |
| 217. | C | Dividend | L | T | Buy | 12/14/11 | L | | |
| 218. DOUBLELINE CORE FIXED INCOME FUND CL I | | | | | Buy | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | | | | Buy | 07/01/11 | K | | |
| 220. | | | | | Buy | 08/17/11 | J | | |
| 221. | B | Dividend | L | T | Buy | 08/31/11 | J | | |
| 222. DOUBLELINE TOTAL RETURN BOND FUND CL I | | | | | Buy | 05/05/11 | J | | |
| 223. | | | | | Buy | 06/03/11 | K | | |
| 224. | | | | | Buy | 07/05/11 | J | | |
| 225. | C | Dividend | L | T | Buy | 08/17/11 | J | | |
| 226. EATON VANCE AMT FREE MUNICIPAL INCOME CL I (EVMBX) | A | Dividend | L | T | Buy | 12/14/11 | L | | |
| 227. EATON VANCE STRATEGIC INCOME FUND CL I | | | | | Buy | 06/03/11 | L | | |
| 228. | A | Dividend | | T | Sold | 12/14/11 | L | A | |
| 229. FRANKLIN INCOME FD ADV | | | | | Buy | 05/09/11 | J | | |
| 230. | | | | | Buy | 08/17/11 | J | | |
| 231. | C | Dividend | K | T | Buy | 08/31/11 | K | | |
| 232. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I | | | | | Buy | 01/12/11 | M | | |
| 233. | | | | | Buy | 01/13/11 | J | | |
| 234. | | | | | Buy | 05/09/11 | J | | |
| 235. | | | | | Buy | 08/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. | | | | | Buy | 08/18/11 | J | | |
| 237. | | | | | Buy | 08/19/11 | J | | |
| 238. | D | Dividend | M | T | Buy | 08/25/11 | J | | |
| 239. ISHARES TR DOW JONES US TECHNOLOGY SECTOR INDX F | | | | | Buy | 05/09/11 | J | | |
| 240. | | | | | Buy | 05/10/11 | J | | |
| 241. | | | | | Buy | 05/13/11 | K | | |
| 242. | A | Dividend | | T | Sold | 08/02/11 | K | A | |
| 243. ISHARES IBOXX INVESTOP IBOXX $ INVESTOP CORP BOND FUND (LQD) | | | | | Buy | 10/05/11 | J | | |
| 244. | A | Dividend | K | T | Buy | 10/26/11 | J | | |
| 245. ISHARES BARCLAYS MBS BON FUND (MBB) | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 246. ISHARES MSCI EAFE INDEX FUND | | | | | Buy | 11/16/11 | J | | |
| 247. | A | Dividend | J | T | Buy | 12/13/11 | J | | |
| 248. ISHARES MSCI GERMANY INDEX FUND | | | | | Buy | 01/12/11 | J | | |
| 249. | | | | | Buy | 05/09/11 | J | | |
| 250. | A | Dividend | | T | Sold | 08/02/11 | J | A | |
| 251. SECTOR SPDR ENERGY | | | | | Buy | 03/31/11 | J | | |
| 252. | | | | | Buy | 05/09/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. | A | Dividend | | T | Sold | 10/04/11 | J | A | |
| 254. THORNBURG INVSMT INCOME BUILDER FUND CL I | | | | | Buy | 10/31/11 | K | | |
| 255. | | | | | Buy | 11/01/11 | K | | |
| 256. | | | | | Buy | 11/03/11 | K | | |
| 257. | D | Dividend | L | T | Buy | 11/04/11 | K | | |
| 258. POWERSHRES EXCHANGE TRAD FD TR II EMERGING MKTS | | | | | Buy | 01/11/11 | J | | |
| 259. | | | | | Buy | 05/09/11 | J | | |
| 260. | A | Dividend | | T | Sold | 08/02/11 | J | A | |
| 261. VANGUARD VALUE ETF (VTV) | | | | | Buy | 11/14/11 | K | | |
| 262. | | | | | Buy | 11/17/11 | J | | |
| 263. | A | Dividend | K | T | Buy | 11/21/11 | K | | |
| 264. YACKTMAN FUND | | | | | Buy | 05/12/11 | J | | |
| 265. | A | Dividend | K | T | Buy | 06/03/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 05/1/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544